## LUKE A. STANTON

#1830011 • TDCJ-CID Stiles Unit • 3060 FM 3514 • Beaumont, Texas 77705

Tuesday, October 06, 2015

Clerk of the Court
COURT OF CRIMINAL APPEALS'
OF TEXAS
P.O. BOX 12308
CAPITOL STATION
AUSTIN, TEXAS 78711

RE: EX PARTE LUKE STANTON
    Cause No. WR-79,389-09; WR-79,389-10; and WR-79,389-11

Dear Sir:

Please find enclosed the original: MOTION TO ALTER OR AMEND: Applicant's ()
Objections to the trial court's finding of fact, conclusion of law and Order
recommending that relief be denied. And, Notice of motion for order compelling
discovery, to be submitted and filed.

Please find also a Self Addressed Stamped Envelope and a copy of this letter
of said request, to be filed stamped, then returned for the Applicant's records,
to the above address listed.

Your assistance in the above matter is greatly appreciated|

Sincerely,

_Luke Stanton_   #1830011

cc: LARA TOMLIN
    Assistant District Attorney
    DENTON COUNTY
    1450 E. McKinney St. Ste 3100
    Denton, Texas 76209

MOTION DISMISSED
DATE: 1-15-16
BY: PC

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk

CAUSE No. WR-79,389,09

CAUSE No. WR-79,389,10

CAUSE No. WR-79,389-11

EX PARTE                              §              IN THE

                                      §     COURT OF CRIMINAL APPEALS

LUKE STANTON                          §           OF TEXAS

MOTION TO ALTER OR AMEND:

APPLICANT'S OBJECTIONS TO THE TRIAL COURT'S
FINDING OF FACT, CONCLUSION OF LAW
AND ORDER RECOMMENDING THAT RELIEF BE DENIED

AND

NOTICE OF MOTION FOR ORDER COMPELLING DISCOVERY

TO THE HONORABLE JUSTICES OF SAID COURT:

LUKE STANTON, Applicant, pro se', moves the Honorable Court to alter or amend Applicant's Objections to the Trial Court's Finding of Fact, Conclusion of Law and Order recommending that relief be Denied. In addition, Applicant's Notice of Motion for ORDER Compelling Discovery, in the above styled and numbered cause'es, and in support of this Motion to Alter or Amend, the Applicant shows the following:

1. On September 24, 2015, before receiving notice from the Court, Applicant sent his OBJECTIONS TO THE TRIAL COURT'S FINDING OF FACT, CONCLUSION OF LAW and ORDER recommending that relief be DENIED.

2. On September 30, 2015, before receiving notice from the Court, Applicant sent NOTICE OF MOTION FOR ORDER COMPELLING DISCOVERY.

3. On September 29, 2015, the Honorable Court sent notice, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court. And,

4. On October 05, 2015, Applicant received notice through the TDCJ Legal Mail.

5. Applicant moves the Honorable Court to alter or amend the CAUSE No.'s on the headings of the filed above Applicant's Motions to reflect the correct Court of Criminal Appeals' Cause No.'s with the Trial Court's Cause No.'s.

This Motion/Request is not designed to harass the State or cause any unnecessary delay in these proceedings, only that justice may be served.

Respectfully Submitted,

October 06, 2015

(Date)

Luke Stanton  #1830011
TDCJ-CID Stiles Unit
3060 FM 3514
Beaumont, Texas  77705